NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FREDERICK CRITTON, JR.,          )
DOC #249426,                     )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-2924
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____ )


Opinion filed May 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.